MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0199 EMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER EXCLUDING TIME UNDER |
| v. ) | THE SPEEDY TRIAL ACT, 18 U.S.C. § |
| ) | 3161 ET SEQ. |
| CALVIN LAWRENCE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff United States of America, by and through its attorney of record, and defendant Calvin Lawrence ("defendant"), by and through his attorney of record, hereby stipulate as follows:

    1.    On April 25, 2012, defendant appeared before the Honorable Edward M. Chen, United States District Judge, and the matter was continued to May 16, 2012 at 2:30 p.m. For the reasons stated in open court on April 25, 2012, and with defendant's consent, the Court excluded time under the Speedy Trial Act from April 25, 2012 through May 16, 2012 to provide the defense lawyer with additional time for investigation and for effective preparation.

    3.    The parties stipulate and agree that this matter should be continued to May 16, 2012 at 2:30 p.m. and that the failure to grant such a continuance would unreasonably deny counsel the

Stipulation and Order
U.S. v. Calvin Lawrence,
CR 12-0199 EMC

reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from April 25, 2012 through May 16, 2012 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

Dated: April 26, 2012                Respectfully submitted,

                                     MELINDA HAAG
                                     United States Attorney

                                     _____/s/_____
                                     DEBORAH R. DOUGLAS
                                     Assistant United States Attorney

Dated: April 26, 2012                _____/s/_____
                                     ELIZABETH FALK
                                     Assistant Federal Public Defender
                                     Attorney for Defendant Damon L. Griggs

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0199 EMC |
|                Plaintiff, ) | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
|        v. ) | |
| CALVIN LAWRENCE, ) | |
|                Defendant. ) | |

GOOD CAUSE APPEARING, as the Court found on April 25, 2012, and based upon the parties' stipulation, IT IS HEREBY ORDERED that the time from April 25, 2012 through May 16, 2012 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), to provide the defense lawyer with additional time for investigation and for effective preparation. The Court finds that (A) failure to grant the continuance would unreasonably deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance

//

//

Stipulation and Order
U.S. v. Calvin Lawrence,
CR 12-0199 EMC

1  outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C.
2  § 3161(h)(1)(7)(A) & (B)(iv).

4  **IT IS SO ORDERED.**

6  Dated: April __30__, 2012

   _____
   HONORABLE EDWARD M. CHEN
   UNITED STATES DISTRICT JUDGE

   IT IS SO ORDERED
   Judge Edward M. Chen